UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VICTOR M FERNANDEZ,<br><br>          Petitioner,<br><br>    v.<br><br>MIKE OBENLAND,<br><br>          Respondent. | CASE NO. 3:16-CV-06058-RBL-JRC<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR: JANUARY 27, 2017 |

On December 29, 2016, petitioner filed a motion for leave to proceed *in forma pauperis* (IFP). Dkt. 1. Petitioner paid the $5.00 filing fee on December 30, 2016. *See* Dkt. entry dated December 30, 2016. Therefore, the undersigned recommends that the Court deny his IFP motion as moot.

Pursuant to 28 U.S.C.§ 636(b)(1) and Fed. R. Civ. P. 72(b), Petitioner shall have fourteen (14) days from service of this Report and Recommendation to file written objections thereto. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating the time limit

REPORT AND RECOMMENDATION - 1

1  imposed by Rule 72(b), the Clerk is directed set this matter for consideration on **January 27,**
2  **2017**, as noted in the caption.

    Dated this 4th day of January, 2017.

_____
J. Richard Creatura
United States Magistrate Judge