UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

VICTOR M. FERNANDEZ,

          Petitioner,

v.

MIKE OBENLAND

          Respondent.

CASE NO. 3:16-cv-06058 RBL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)     The Court adopts the Report and Recommendation [Dkt. #3].

(2)     Petitioner's motion for *in forma pauperis* [Dkt. #1] is denied as moot.

**DATED** this 2nd day of February, 2017.

          */s/ Ronald B. Leighton*
          Ronald B. Leighton
          United States District Judge