UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

VICTOR M. FERNANDEZ,

    Petitioner,

v.

MIKE OBENLAND,

    Respondent.

CASE NO. 16-cv-06058 RBL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation [Dkt. #10].

(2) Petitioner's habeas petition [Dkt. #2] is dismissed with prejudice. No evidentiary hearing is required, and a certificate of appealability is denied.

**DATED** this 7th day of June, 2017.

Ronald B. Leighton
United States District Judge